TRANS-TRADING CORPORATION, Respondent-Appellant, v. TELETRONICS LABO-RATORIES, INC., Appellant-Respondent.— Appeal by plaintiff from so much of an order as granted the defendant the right to serve an amended answer, and appeal by defendant from that part of the order which denied a motion for summary judgment. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ., concur. [See *post*, p. 1174.]